# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VELMA SHAW, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:16CV409 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| v. | § | |
| | § | |
| TEXAS JUVENILE JUSTICE DEPARTMENT, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 23, 2016, the report of the Magistrate Judge (Dkt. #10) was entered containing proposed findings of fact and recommendations that Defendant Texas Juvenile Justice Department's Motion to Dismiss (Dkt. #8) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss as to Plaintiff's Title VII claim is **DENIED.** It is further **ORDERED** that Defendant's Motion to Dismiss as to Plaintiff's Americans with Disabilities Act and Texas Commission on Human Rights Act claims are **GRANTED.**

1

**IT IS SO ORDERED.**

**SIGNED this 16th day of December, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE